BUY-RITE EQUIPMENT CORP., Respondent, and MAX GOLDENBERG, Doing Business as BARRY SCOTT Co., Intervenor, v. LOUIS HIRSCH et al., Appellants.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.